UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

               Plaintiffs,

-against-

SOVEREIGN OFFSHORE SERVICES LLC
               Defendant.

Case No.: 1:21-cv-01660-PGG-GWG

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           April 6, 2021

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: April 7, 2021